Behrend, Appellant, *v.* Bell Telephone Company
of Pennsylvania.

Argued October 8, 1970. Before BELL, C. J., JONES,
COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Mark B. Aronson,* for appellant.

*B. A. Karlowitz,* with him *John B. King, William
M. Hebrank, Hubert Thurschwell,* and *Tucker, Burke,
Campbell & Arensberg,* for appellee.

OPINION PER CURIAM, November 12, 1970:
Order affirmed.